IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| THE MEAD CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 02-C-0286-NE |
| | ) | |
| LOUISIANA CHEMICAL DISMANTLING CO., INC., STEVE BIGGER, and THE ESTATE OF PAUL LEON POTTER, JR., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiff's motion for remand is due to be granted and this action remanded to the Circuit Court for Jackson County, Alabama. An appropriate order will be entered.

DONE, this 17th day of November, 2003.

U. W. Clemon,
Chief United States District Judge